# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>PEOPLECONNECT, INC., PEOPLECONNECT HOLDINGS, INC., INTELIUS, LLC, PEOPLECONNECT INTERMEDIATE, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>    Defendants. | CASE NO. 3:24-cv-4227<br><br><br>**DEFENDANTS PEOPLECONNECT, INC., PEOPLECONNECT HOLDINGS, INC., INTELIUS, LLC, PEOPLECONNECT INTERMEDIATE, LLC'S CORPORATE DISCLOSURE STATEMENT** |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant Intelius, LLC, organized under the laws of Delaware with its principal place of business in California, hereby discloses that it is a wholly-owned subsidiary of PubRec, LLC, which is wholly-owned by PubRec Holdings, Inc.  No publicly held corporation owns 10% or more of these entities' stock.  PeopleConnect, Inc., organized under the laws of Delaware with its principal place of business in Washington, hereby discloses that it is a wholly-owned subsidiary of PeopleConnect Intermediate, LLC. PeopleConnect Intermediate, LLC, organized under the laws of Delaware with its principal place of business in Washington, hereby discloses that it is a wholly-owned subsidiary of PeopleConnect Holdings, Inc. PeopleConnect Holdings, Inc., organized under the laws of Delaware with its principal place of business in Washington, hereby discloses that it is a wholly-owned subsidiary of PCHI Intermediate, LLC, which is a wholly-owned subsidiary of PCHI Parent, Inc. No publicly held corporation owns 10% or more of these entities' stock.

Dated: March 26, 2024            **LATHAM & WATKINS LLP**

                                        /s/ *Kevin McDonough*
                                        Kevin McDonough (ID: 41892005)
                                        1271 Avenue of Americas
                                        New York, NY 10020
                                        Telephone: (212) 906-1200
                                        Email: kevin.mcdonough@lw.com

Robert Collins (*pro hac vice forthcoming*)
330 N. Wabash Ave
Chicago, IL 60611
Telephone: (312) 876-7700
Email: [robert.collins@lw.com](mailto:robert.collins@lw.com)

Jennifer Archie (*pro hac vie forthcoming*)
Latham & Watkins, LLC
555 Eleventh Street NW Suite 1000
Washington, D.C. 20004
Telephone: (202)-637-2205
Email: jennifer.archie@lw.com

Craig Carpenito, Esq.,
King & Spaulding LLP,
1185 Avenue of the Americas, New York, NY 10036
Telephone: (212)-556-2142
Email: ccarpenito@kslaw.com

Thomas P. Skrivo (ID:029101989)
JamesDiGiulio (ID: 013582006)
O'Toole Scrivo, LLC
14 Village Park Road,
Cedar Grove, NJ 07009
Telephone: (973) 239-5700
Email: tscrivo@oslaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>PEOPLECONNECT, INC., PEOPLECONNECT HOLDINGS, INC., INTELIUS, LLC, PEOPLECONNECT INTERMEDIATE, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>    Defendants. | CASE NO. 3:24-cv-4227<br><br>**DEFENDANTS PEOPLECONNECT, INC., PEOPLECONNECT HOLDINGS, INC., INTELIUS, LLC, PEOPLECONNECT INTERMEDIATE, LLC'S CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

I, Kevin M. McDonough, hereby certify that on March 26, 2024, I caused true and correct copies of the: (1) Defendants' Corporate Disclosure Statement to be served via electronic mail, pursuant to an agreement between counsel upon:

**Pem Law LLP**
Rajiv D. Parikh
1 Boland Drive
Suite 101
West Orange, NJ 07052
T: (973)-577-5500
rparikh@pemlawfirm.com

**Genova Burns LLC**
Kathleen Barnett Einhorn, Esq.
494 Broad Street
Newark, NJ 07102
T: (973) 533-0777
keinhorn@genovaburns.com

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao
Beko Reblitz-Richardson
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Adam Shaw
30 South Pearl Street, 12th Floor
Albany, NY 12207
Tel.: (518) 434-0600
ashaw@bsfllp.com
Melissa Zonne
Samantha Parrish
2029 Century Park East
Suite 1520
Los Angeles, CA 90067

Tel.: (213) 995-5720
mzonne@bsfllp.com
sparrish@bsfllp.com

**Morgan & Morgan**
John A. Yanchunis
Ryan J. McGee
Melissa Hill
201 N. Franklin St., 7th Floor
Tampa, FL 33602
T: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
melissahill@forthepeople.com

*Counsel for Plaintiffs*

Dated: March 26, 2024                                    LATHAM & WATKINS LLP

By: /s/ *Kevin M. McDonough*
Kevin M. McDonough