**LATHAM & WATKINS LLP**
Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Email: kevin.mcdonough@lw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>    Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC., PEOPLECONNECT HOLDINGS, INC., INTELIUS, LLC, PEOPLECONNECT INTERMEDIATE, LLC, RICHARD ROES 1-10, *fictious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>    Defendants. | Civ. No. 3:24-cv-4227 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the following attorney appears as counsel on behalf of Defendants PeopleConnect, Inc., PeopleConnect Holdings, Intelius, LLC, PeopleConnect Intermediate, LLC (collectively "Defendants") in the above captioned action. Pursuant to Local Civil Rule 10.1(a), PeopleConnect, Inc., PeopleConnect Holdings, and PeopleConnect Intermediate, LLC state that their principle place of business is 1687 114th Ave SE, STE. 200, Bellevue, Washington 98004, US, and Intelius, LLC states that its principal place of business is 375 Camino De La Reina, STE 400, San Diego, California 92108. The undersigned respectfully requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned:

> Kevin M. McDonough
> **LATHAM & WATKINS LLP**
> 1271 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 906-1200
> Email: kevin.mcdonough@lw.com

In making this appearance, Defendants do not waive or forfeit any rights, remedies, or defenses, including without limitation all defenses based on lack of personal jurisdiction and/or venue, all of which are expressly reserved.

Dated: March 26, 2024                                  Respectfully submitted,

                                                       **LATHAM & WATKINS LLP**

By: /s/ *Kevin M. McDonough*
Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
kevin.mcdonough@lw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 26, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF), and served via electronic mail, pursuant to an agreement between counsel upon:

**Pem Law LLP**
Rajiv D. Parikh
1 Boland Drive
Suite 101
West Orange, NJ 07052
T: (973)-577-5500
rparikh@pemlawfirm.com

**Genova Burns LLC**
Kathleen Barnett Einhorn, Esq.
494 Broad Street
Newark, NJ 07102
T: (973) 533-0777
keinhorn@genovaburns.com

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao
Beko Reblitz-Richardson
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Adam Shaw
30 South Pearl Street, 12th Floor
Albany, NY 12207
Tel.: (518) 434-0600
ashaw@bsfllp.com
Melissa Zonne
Samantha Parrish
2029 Century Park East
Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
mzonne@bsfllp.com
sparrish@bsfllp.com

**Morgan & Morgan**
John A. Yanchunis
Ryan J. McGee
Melissa Hill
201 N. Franklin St., 7th Floor
Tampa, FL 33602
T: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
melissahill@forthepeople.com

          /s/ *Kevin M. McDonough*
            Kevin M. McDonough, Esq.