Kevin M. McDonough
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: kevin.mcdonough@lw.com
*Attorneys for Defendants
PeopleConnect, Inc., PeopleConnect
Holdings, Inc., Intelius LLC, and
PeopleConnect Intermediate, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>PEOPLECONNECT, INC., PEOPLECONNECT HOLDINGS, INC., INTELIUS, LLC, PEOPLECONNECT INTERMEDIATE, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>        Defendants. | CASE NO. 3:24-cv-4227-MAS-TJB<br><br>District Judge Michael A. Shipp<br><br>Magistrate Judge Tonianne J. Bongiovanni |

# APPLICATION FOR CLERK'S ORDER EXTENDING TIME PURSUANT TO LOCAL RULE 6.1(B)

Application is hereby made for a Clerk's Order, pursuant to L. Civ. R. 6.1(b), extending by 14 days the time within which defendants PeopleConnect, Inc., PeopleConnect Holdings Inc., Intelius, LLC, and PeopleConnect Intermediate LLC (collectively "Defendants") may answer, move, or otherwise respond to the Complaint filed by Plaintiffs herein. It is represented that:

1. Defendants removed this action to this Court on March 26, 2024.

2. Pursuant to Fed. R. Civ. P. 81(c)(2) the time to answer, move, or otherwise respond to the Complaint expires on April 2, 2024.

3. Defendants have not previously sought from this Court an extension of time to answer, move, or otherwise respond to the Complaint.

4. Defendants respectfully request, pursuant to L. Civ. R. 6.1(b), a 14-day extension of time within which to answer, move, or otherwise respond to the Complaint, i.e., until April 16, 2024.

Dated: April 1, 2024

/s/ *Kevin M. McDonough*
Kevin M. McDonough (ID: 41892005)
Serrin Turner (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
1271 Avenue of Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com
          serrin.turner@lw.com

2

>Robert Collins (*pro hac vice forthcoming*)
>LATHAM & WATKINS LLP
>330 N. Wabash Ave.
>Chicago, IL 60611
>Telephone: (312) 876-7700
>Email: robert.collins@lw.com
>
>Jennifer Archie (*pro hac vie forthcoming*)
>LATHAM & WATKINS LLP
>555 Eleventh Street, NW, Suite 1000
>Washington, D.C. 20004
>Telephone: (202)-637-2205
>Email: jennifer.archie@lw.com
>
>Craig Carpenito (ID: 027102000)
>KING & SPAULDING LLP
>1185 Avenue of the Americas
>New York, NY 10036
>Telephone: (212)-556-2142
>Email: ccarpenito@kslaw.com
>
>Thomas P. Scrivo (ID: 029101989)
>James DiGiulio (ID: 013582006)
>O'TOOLE SCRIVO, LLC
>14 Village Park Road
>Cedar Grove, NJ 07009
>Telephone: (973) 239-5700
>Email: tscrivo@oslaw.com
>          jdigiulio@oslaw.com
>
>*Attorneys for Defendants PeopleConnect, Inc., PeopleConnect Holdings, Inc., Intelius LLC, and PeopleConnect Intermediate, LLC*

3

## **[PROPOSED] ORDER**

The application is GRANTED; the time within which Defendants PeopleConnect, Inc., PeopleConnect Holdings, Inc., Intelius LLC, and PeopleConnect Intermediate, LLC are required to answer, move, or otherwise reply is extended to April 16, 2024.

Dated: April 1, 2024                                By: _____

## CERTIFICATE OF SERVICE

    I hereby certify that on April 1, 2024, I electronically filed the foregoing by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

                                              /s/ *Kevin M. McDonough*
                                              Kevin M. McDonough