UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION et al<br><br>          Plaintiff(s),<br><br>v.<br><br>PEOPLECONNECT, INC. et al<br><br>          Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 1:24-cv-04227-HB |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

                                                                                         Kevin M. McDonough

                                                                                 Signature of Local Counsel

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

| | |
|---|---|
| Name: | Robert C. Collins III |
| Address: | Latham & Watkins LLP |
| | 330 North Wabash Avenue |
| | Suite 2800 |
| | Chicago, IL 60611 |
| E-mail: | robert.collins@lw.com |

(One email address only)